UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
COUNTRY SILK, INC.,

                               Plaintiff,                        23 Civ. No. 3435 (KPF)

        -against-                               **PRE-SETTLEMENT**
                                                                     **CONFERENCE ORDER**

TOPGRADE PRODUCTS INC.,

                               Defendant.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Telephone Conference on **Tuesday, March 26, 2024 at 10:00 a.m.** to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to confer in advance so that, during the Telephone Conference, they can propose three or more mutually amenable dates for a Settlement Conference. The proposed dates shall be no later than May 17, 2024. The parties are further directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel is directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 554 685 564 #**

      SO ORDERED.

DATED:     New York, New York
                 March 22, 2024

                                                                         _____
                                                                        The Honorable Gary Stein
                                                                         United States Magistrate Judge